NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALA MOHAMAD,**

*Petitioner-Appellee*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellant*

---

2025-1370

---

Appeal from the United States Court of Federal Claims in No. 1:16-vv-01075-PSH, Judge Philip S. Hadji.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellant's motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and the parties' responses to the court's May 6, 2025 order,

2                                        MOHAMAD v. HHS

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 8, 2025
     Date

ISSUED AS A MANDATE:  May 8, 2025